UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ **2nd** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Luis Vicente Rodriguez Rivas**   JOINT DEBTOR: _____   CASE NO.: **13-28916-LMI**
Last Four Digits of SS# **xxx-xx-5594**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **1,709.96** for months **1** to **60**; Beginning **September 9, 2013**
B. $ _____ for months ____ to ____;
C. $ _____ for months ____ to ____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,500.00** Base Fee plus 2 mtns to value for a total fee of $5,000.00   TOTAL PAID $ **1,519.00**

Balance Due $ **3,481.00** payable $ **348.10** /month (Months **1** to **10**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **San Marco at Fountainbleau Condo Assoc.**   Arrearage on Petition Date $ **0.00**
   Address: c/o Cosmos Management Services, Inc.; 14411 Commerce Way; Suite 240; Miami Lakes, FL 33016
   Account No: **Account No: #104**
   Arrears Payment $ **0.00** /month (Months **0** to **0**)
   Regular Payment $ **218.00** /month (Months **1** to **60**)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank Of America, N.A. 4161 Piedmont Pkwy; Greensboro, NC 27410 Account No: xxxxx9516 | 8850 Fontainbleau Blvd # 104 Miami, FL 33172 Folio # 30-4004-083-1570 $ 65,000.00 | 5.25% | $ 969.01 1,287.11 | 1 To 10 11 To 60 | 74,045.34 |
| San Marco at Fountainbleau Condo. Asso. c/o Cosmos Management Services, Inc. 14411 Commerce Way #240 Miami Lakes, FL 33016 Account No: xxxxx104 | 8850 Fontainbleau Blvd # 104 Miami, FL 33172 Folio # 30-4004-083-1570 $ 65,000.00 | 0.00% | $ 0.00 | 0 To 0 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **Internal Revenue Service**   Total Due $ **230.95**
   POB 7317
   Philadelphia, PA 19101-7317
   Payable $ **3.85** /month (Months **1** to **60**)   Regular Payment $ _____

Unsecured Creditors: Pay $ **30.00** /month (Months **11** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Other Provisions Not Included Above:

Rejected Contracts and/or Leases

-NONE-

Assumed Contracts and/or Leases

-NONE-

To avoid litigation, the parties agree that on or before May 15 of each year the debtor(s) shall provide to the Chapter 13 Trustee a copy of the tax return filed with the IRS that year or an affidavit that they did not earn sufficient income to file tax returns. If the debtor(s) income increased more than the COLA (cost of living adjustment) for that calendar year, on or before June 15 of each year, the debtor(s) will modify the plan to pay the additional income received above COLA to the allowed unsecured creditors - or - the debtor(s) will a) amend Schedule I and J (if "under median") or amend the CMI Form (if "over median") b) provide the Trustee with evidence and calculation of any new or increased expenses and c) file a motion to modify the plan or a notice with a detailed statement of why the debtor believes that modification is not necessary. The parties further agree that the Trustee may seek an increase in payment to the unsecured creditors equivalent to the income that was not disclosed by the debtor(s) for the prior year and that the time to file a motion to vacate confirmation under 1330(a) is extended to 90 days after the debtor has provided the Trustee with the tax returns for the tax year in which the petition was filed.

The Debtor will pay any and all post-petition payments for taxes and insurance advanced by the creditor will be paid directly to the creditor outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Luis Vicente Rodriguez Rivas
Luis Vicente Rodriguez Rivas
Debtor

Date: April 1, 2014